# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN HALVORSEN,<br><br>    Defendant. | No. CR05-3012-MWB<br><br>**DETENTION ORDER** |

This matter came on for detention hearing pursuant to 18 U.S.C. § 3142(f)(2)(A). Assistant U.S. Attorney Janet Petersen appeared on behalf of the plaintiff (the "Government"). The defendant Jonathan Halvorsen appeared in person with his attorney, Joseph Flannery. The Government offered the testimony of U.S. Secret Service Agent Jason Henslee.

The Government presented overwhelming evidence that Halvorsen is likely to flee, if placed on pretrial release. The record before the court indicates Halvorsen repeatedly has failed to appear in court as required, and failed to comply with conditions of release on other charges from other courts. The court finds the Government has proved a serious risk exists that Halvorsen will flee, and there are no conditions of release that would reasonably assure Halvorsen's appearance as required. *See* 18 U.S.C. § 3142(f) & (g)(3)(A). Halvorsen has offered no evidence to the contrary.

Accordingly, the court orders as follows:

    1.    Halvorsen is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The Attorney General shall afford Halvorsen reasonable opportunity for private consultation with counsel while detained.

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Halvorsen to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

4. If a "review" motion for revocation or amendment is filed, pursuant to 28 U.S.C. § 3145(a) or (b), the party requesting a change in the original order *must*:

    (a) Attach a copy of the release/detention order to the appeal;

    (b) Promptly secure a transcript.

5. There is *no automatic stay* of this Order. Therefore, Halvorsen must request such relief from the court.

**IT IS SO ORDERED.**

**DATED** this 20th day of May, 2005.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT